918 A.2d 499

**PROPERTY & CASUALTY INSURANCE GUARANTY CORPORATION OF MARYLAND**

v.

**FREDERICK MEMORIAL HOSPITAL.**

No. 89, Sept. Term, 2006.

Court of Appeals of Maryland.

March 14, 2007.

W. John Vernon (Lord & Whip, P.A., on brief), Baltimore, for petitioner.

Stephen E. Marshall (James C. Fraser, Venable, LLP, on brief), Baltimore, for respondent.

Argued before RAKER, CATHELL, HARRELL, BATTAGLIA, GREENE, JOHN C. ELDRIDGE (Retired, Specially Assigned), ALAN M. WILNER (Retired, Specially Assigned), JJ.

## PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 14th day of March 2007,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.